UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MICHAEL BUXBAUM,

                Plaintiff,

-against-

ALDEN SMITH,

                Defendant.

ORDER

No. 25-CV-00532 (PMH)

PHILIP M. HALPERN, United States District Judge:

On February 11, 2025, the Court issued an Order to Amend, outlining the various deficiencies in Plaintiff's complaint (Doc. 1), and granting Plaintiff leave to file an amended complaint that complies with the standards set forth in the Court's order within 30 days of that order (i.e., March 13, 2025). (Doc. 4).

On February 24, 2025, Plaintiff filed a letter stating that "the amended complaint and request for injunction has been filed." (Doc. 5). No amended complaint has been filed to date.

As previously stated, Plaintiff has until March 13, 2025 to file an amended complaint to correct the deficiencies outlined in, and in compliance with the standards set forth in, the February 11, 2025 order. Plaintiff is reminded that if he fails to comply with the Court's February 11, 2025 order and within the time therein allowed, and he cannot show good cause to excuse such failure, the Court will dismiss this action.

The Clerk of Court is respectfully directed to mail a copy of this order to Plaintiff.

Dated: White Plains, New York
        March 5, 2025

SO ORDERED:

_____
Philip M. Halpern
United States District Judge