UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MICHAEL BUXBAUM,

                      Plaintiff,

             -against-

ALDEN SMITH,

                      Defendant.

ORDER TO AMEND

No. 25-CV-00532 (PMH)

PHILIP M. HALPERN, United States District Judge:

      Michael Buxbaum ("Plaintiff") commenced this action *pro se* against Alden Smith ("Defendant") on January 17, 2025. (Doc. 1). On February 11, 2025, after this matter was reassigned to this Court, the Court issued an Order to Amend, outlining the various deficiencies in Plaintiff's complaint, and granting Plaintiff leave to file an amended complaint that complies with the standards set forth in the Court's order within 30 days of that order. (Doc. 4). On March 20, 2025, Plaintiff filed an amended complaint. (Doc. 13). The Court issued an order of service on March 31, 2025 (Doc. 16), and Defendant was served on or about April 7, 2025 (Doc. 19). On April 28, 2025, Plaintiff filed a second amended complaint. (Doc. 26). Defendant, on May 28, 2025, filed a pre-motion letter in accordance with the Court's Individual Practices, seeking leave to move to dismiss Plaintiff's claims under Rules 12(b)(1) and 12(b)(6). (Doc. 28). Plaintiff did not respond to the pre-motion letter and, on June 9, 2025, the Court issued an order waiving any pre-motion conference requirement, granting Defendant leave to file a motion to dismiss, and setting a briefing schedule. (Doc. 29). That order was mailed to Plaintiff at the address listed for him on the docket. (*See* June 10, 2025 Doc. Entry).

      Defendant, in accordance with the briefing schedule set by the Court, filed his motion to dismiss on July 9, 2025. (Doc. 30). Plaintiff's opposition was due by August 8, 2025. (Doc. 29).

No opposition has been filed to date nor has Plaintiff communicated with the Court in any way. The docket reflects that on August 11, 2025, the Court's mailing to Plaintiff was returned to the Clerk of Court as "Not deliverable as addressed – Unable to forward." (Aug. 11, 2025 Doc. Entry).

Given Plaintiff's *pro se* status, the Court *sua sponte* extends Plaintiff's time to oppose the motion to dismiss until September 29, 2025. Defendant's reply, if any, is due October 14, 2025.

Plaintiff is directed to advise the Court in writing of his correct mailing address by September 29, 2025. His failure to comply with this order, including advising the Court of his address, may result in dismissal of this action pursuant to Fed. R. Civ. P. 41(b).

The Clerk of Court is respectfully directed to mail a copy of this order to Plaintiff and note service on the docket.

Dated: White Plains, New York
       August 29, 2025

SO ORDERED:

_____
Philip M. Halpern
United States District Judge