**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X
MICHAEL BUXBAUM,

                    Plaintiff,

       -against-                                25 **CIVIL** 532 (PMH)

                                                            **<u>JUDGMENT</u>**

ALDEN SMITH,

                    Defendant.
----------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated February 2, 2026, Defendant's motion to dismiss is GRANTED. While "[d]istrict courts should frequently provide leave to amend before dismissing a pro se complaint... leave toamend is not necessary when it would be futile." Reed v. Friedman Mgt. Corp., 541 F. App'x 40, 41 (2d Cir. 2013) (citing Cuoco v. Moritsugu, 222 F.3d 99, 112 (2d Cir. 2000)). Plaintiff's sole federal claim is dismissed with prejudice as any amendment would be futile. It would be especially inappropriate to grant Plaintiff further leave to amend, as the Court reviewed the first complaint and advised Plaintiff of its deficiencies (Doc. 4), and Plaintiff has failed to correct any of those deficiencies in either the amended or second amended complaints. "Nor does the Court have any basis to believe, given the history of this litigant and the manner in which [ ]he has proceeded thus far, that any further amended pleadings will cure these deficiencies in this case." Barsella, 135 F.R.D. at 67. Leave to amend has previously been given and the successive pleadings remain unintelligible. Accordingly, this action is dismissed with prejudice. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from the order would not be taken in good faith and, therefore, in forma pauperis status is denied for the

purpose of an appeal. See Coppedge v. United States, 369 U.S. 438, 44445 (1962); accordingly, the case is closed.

**Dated:** New York, New York

February 4, 2026

**TAMMI M. HELLWIG**

**Clerk of Court**

**BY:** K. mango

**Deputy Clerk**